# PERRY, VAN ETTEN, ROZANSKI & KUTNER, LLP

**PLEASE REPLY TO:**

| | | |
|---|---|---|
| **NEW YORK OFFICE** | Kevin J. Brennan | **LONG ISLAND OFFICE** |
| **14 Wall Street, Suite 4D** | Partner | **225 Broadhollow Road, Suite 430** |
| **New York, New York 10005** | kjbrennan@pvrklaw.com | **Melville, New York 11747** |
| (212) 406-9710 | Extension 597 | (631) 414-7930 |
| Fax (646) 370-3303 | | Fax (631) 777-4504 |

<u>Members of the Firm</u>
Douglas P. Perry
Jeffrey K. Van Etten*
Kenneth J. Kutner**

<u>Partners</u>
Jerome S. Oliner*
Leonard Porcelli**
Geoffrey H. Pforr
Thomas F. Maher
Joseph K. Strang
Kevin J. Brennan
Michael C. Dombrowski*

Also admitted
New Jersey*
Connecticut**
South Carolina***

<u>Associates</u>
John J. Ullrich
Ariana K. Politis
Kristen Petersen Hofer
Anthony Lugara
Jessica J. Beauvais
Patrick F. Downey
David R. Contino
Orielle S. Newsome

<u>Of Counsel</u>
Thaddeus J. Rozanski
Elizabeth G. Kastner
Justine L. Grisanti-Van Etten*
Amanda L. Perry***

April 26, 2024

**By ECF**

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *Valerie Haven v. Marlton Hotel Operating LLC, et al.*  1:23-CV-07854 (ER)
     Consent Letter Motion for Extension of Time

Dear Judge Ramos:

  My law firm represents defendants, and Mr. Lesch and Mr. Moller's firm represents plaintiff. We submit this consent letter motion to extend the Revised Discovery Plan and Case Scheduling Order filed in this matter on March 27, 2024 [ECF Doc. 20]. The original Order was filed on November 30, 2023 [ECF Doc. 17], and the only previous request, also made by consent letter motion, was filed on March 25, 2024 (ECF Doc. 19). The reasons for that request included the convenience of fact witnesses, who had been scheduled, and my fall and hospital visit on the morning of plaintiff's scheduled deposition. Since that request, plaintiff and five defense witnesses have been deposed.

      Both our original letter motion and, now, this second, have been made on consent. Discovery, including its scheduling, has taken place with mutual consideration for the parties, the lawyers, and the witnesses. Based in part on testimony obtained so far, we anticipate additional fact depositions, including at least one non-party, and the defense would like to obtain additional medical records. And depending both on the content of those records and plaintiff's intended damages expert(s), the defense may request that plaintiff be examined by physician(s). (The defense acknowledges plaintiff's right to object to any examination.) Finally, once the non-party has been deposed, the lawyers for both sides would like to attempt to settle the case before undertaking the time and expense of expert discovery.

      We attach a proposed Second Revised Case Discovery Plan and Scheduling Order. In addition to extending dates in several places in the proposed Order, we have added a new paragraph, numbered 10, which changes the numbers on the following paragraphs. Plaintiff has consented to the defense request that the parties disclose the fields of experts to be called before the common deadline to disclose experts and serve reports.

                                                                        Respectfully yours,

                                                                 PERRY, VAN ETTEN, ROZANSKI
                                                                          & KUTNER, LLP
                                                                By: /s/ *Kevin J. Brennan*

cc (by ECF):   Vincent C. Lesch III, Esq.
                         Marc S. Moller, Esq.