UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

VALERIE HAVEN

                         Plaintiff(s),

       - against -

MARLTON HOTEL OPERATING LLC,  et al.

                         Defendant(s).

**THIRD REVISED CIVIL
CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

1:23-  CV  -07854  (ER)

-------------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.     All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.     This case [is] [is not] to be tried to a jury.

3.     Joinder of additional parties must be accomplished by December 31,2023 .

4.     Amended pleadings may be filed until December 31, 2023 .

5.     Interrogatories shall be served no later than December 15, 2023 , and responses thereto shall be served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6.     First request for production of documents, if any, shall be served no later than December 15, 2023 .

7.     Non-expert depositions shall be completed by July 1, 2024 .

       a.     Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

       b.     Depositions shall proceed concurrently.

       c.     Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.  Any further interrogatories, including expert interrogatories, shall be served no later than __May 14, 2024__.

9.  Requests to Admit, if any, shall be served no later than __July 1, 2024.__

10. All parties shall serve a written statement identifying the field(s) of each expert the party intends to call no later than June 15, 2024.

    Expert reports shall be served no later than __October 1, 2024.__

11. Rebuttal expert reports shall be served no later than __October 15, 2024__

12. Expert depositions shall be completed by __November 1, 2024.__

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** __November 1, 2024__.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. __Sarah Netburn__.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The September 4, 2024 case management conference is adjourned to **Friday, November 1, 2024, at 11:00 a.m.**

SO ORDERED.

Dated: New York, New York
       __July 18, 2024__

_____
Edgardo Ramos, U.S. District Judge